473 A.2d 651

Commonwealth v. Risko, Appellant.
Petition for Allowance of Appeal
Denied June 28, 1984.

564

Argued October 18, 1983. Richard J. Orloski, for appellant; David Stephen Smith, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

The judgment of sentence of the learned Lehigh County Common Pleas Court Judge John E. Backenstoe is affirmed.